THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY JONES, Appellant

628

Based upon this court's independent review of the record, we conclude that arguable issues exist with respect, *inter alia,* to whether the defendant's trial counsel was ineffective. Under the circumstances, the motion of the defendant's assigned counsel to be relieved as counsel is granted and new appellate counsel is assigned *(see, People v Gonzalez,* 47 NY2d 606, *on remand* 74 AD2d 928, *appeal after remand* 81 AD2d 838; *People v Casiano,* 67 NY2d 906; *People v Miller,* 99 AD2d 1021). Weinstein, J. P., Eiber, Sullivan and Balletta, JJ., concur.